IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02615-CMA-NYW

SCOTT TAYLOR,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

## PROPOSED ORDER GRANTING JOINT STIPULATION
## FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice, and the Court, having reviewed the Stipulation and the file and being otherwise fully advised in the premises,

HEREBY ORDERS that the Joint Stipulation for Dismissal with Prejudice is hereby GRANTED, and this case is dismissed with prejudice, each party to pay its own attorneys' fees and costs.

DATED this ____ day of April, 2018.

BY THE COURT:

_____
U.S. District Court Judge

104562918_1